UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK LASTER,

    Plaintiff,

v

    Case No: 1:11-cv-1061

    Hon. Janet T. Neff

CITY OF KALAMAZOO,

    Defendant.

## JURY VERDICT FORM

Plaintiff seeks damages against Defendant for retaliation, a practice made unlawful by Title VII of the Civil Rights Act of 1964. The parties agree that Plaintiff engaged in protected activity by filing complaints with the City of Kalamazoo's Human Resource Department and the Equal Opportunity Commission. The parties further agree that Defendant was aware of Plaintiff's protected activity.

**Do you, the Jury, find that Plaintiff proved the following elements by a preponderance of the evidence:**

**Question 1:** That Defendant subjected him to a materially adverse employment action by (1) reprimanding him for not wearing a firearm; and/or (2) subjecting him to heightened scrutiny; and/or (3) investigating his conduct at the Kalamazoo Central High School Commencement Ceremony at the time, or after, the protected activity took place?



    \_\_\_\_\_ Yes     ✗ No

If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here and answer no further questions as you have reached a verdict in favor of Defendant.

**Question 2:** That Plaintiff was subjected to at least one of the materially adverse employment actions because of his protected activity?

_____ Yes  _____ No

If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here and answer no further questions as you have reached a verdict in favor of Defendant.

**Question 3:** That Plaintiff is entitled to damages, as follows:

A. Nominal Damages        $_____

B. Past noneconomic loss  $_____

C. Future noneconomic loss $_____

_____          10/28/2016
Foreperson                            Date

We have a decision.